FILED
9/9/20 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

    DAWNA E. MOZES,

        Debtor

_____
DAWNA E. MOZES,

        Movant

  vs.

**Pepper Hamilton LLP and**
and Ronda J. Winnecour, Trustee,

        Respondents

Case No: 20-20402-GLT

Related to Dkt. No. 32

Chapter 13

SSN xxx-xx-9436

## AMENDED ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor, DAWNA E. MOZES, having filed a Chapter 13 Petition and Debtor having moved to attach wages to fund the Chapter 13 Plan,

    IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Movant receives income:

        PEPPER HAMILTON LLP
        3000 TWO LOGAN SQUARE
        PHILADELPHIA, PA 19103
        ATTN: PAYROLL

shall deduct from said income the sum of **$ 750.00 BI-WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA
        POB 84051
        CHICAGO, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   **IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.**

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

   IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

   DATED this __9th__ day of _____September_____, 2020.

                BY THE COURT:

                _____, J.
                The Hon. Gregory L. Taddonio jah
                United States Bankruptcy Judge

 Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dawna E. Mozes  
    Debtor

Case No. 20-20402-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Sep 09, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.  
db          +Dawna E. Mozes,    6714 Highland Avenue,    Finleyville, PA 15332-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                          Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:  
          Christian M Rieger    on behalf of Debtor Dawna E. Mozes criegerlaw@gmail.com  
          James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,  
           jbluemle@bernsteinlaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                            TOTAL: 6