**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAWNA E. MOZES, | Case #: 20-20402-GLT |
| Debtor | Chapter 13 |
| _____ | |
| LAKEVIEW LOAN SERVICING LLC, | Related Claim: 10 |
| Movant | |
| v. | Related doc: 36 |
| DAWNA E. MOZES and | |
| Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

**CERTIFICATE OF SERVICE
OF DECLARATION RE: NOTICE OF PAYMENT CHANGE**

      I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 18th day of November 2020, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #10), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

| | |
|---|---|
| Ronda J. Winnecour, Esq. | Michelle Hart Ippoliti |
| Suite 3250 USX Tower | McCalla Raymer Leibert Pierce LLC |
| 600 Grant Street | 1544 Old Alabama Road |
| Pittsburgh, PA 15219 | Roswell, GA 30076 |

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 18, 2020