**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAWNA E. MOZES,

        Debtor

---

DAWNA E. MOZES,

        Movant

v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, Lakeview Loan Servicing LLC,
Wells Fargo Auto Finance, Internal Revenue Service,
PA Department of Revenue, Union Township,
Ringgold School District, Comcast, Comenity Bank,
Keystone Collections, PA American Water,
Peoples Gas, Pendrick Capital, West Penn Power,
UPMC Health Group,

        Respondents

Case 20-20402-GLT
Chapter 13

Related doc: 38-40

Hrg: 10/20/2021, 10:30AM
Responses: 10/7/2021

**CERTIFICATE OF NO OBJECTION TO
MOTION TO CONVERT TO CHAPTER 7**

    I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion to Convert Case, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **October 7, 2021**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ;

        Respectfully submitted,

        /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

DATE: 10/13/2021