**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dawna E. Mozes** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–9436** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**    **2/2/20** |
| Case number: | **20–20402–GLT** | Date case converted to chapter **7**    **10/14/21** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Dawna E. Mozes | |
| 2. | **All other names used in the last 8 years** | aka Dawna E Zajac | |
| 3. | **Address** | 6714 Highland Avenue <br> Finleyville, PA 15332 | |
| 4. | **Debtor's attorney** <br> Name and address | Christian M Rieger <br> Law Office of Christian M. Rieger <br> 2403 Sidney Street <br> Suite 214 <br> Pittsburgh, PA 15203 | Contact phone 412–381–8809 <br><br> Email: criegerlaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Pamela J. Wilson <br> 810 Vermont Avenue <br> Pittsburgh, PA 15234 | Contact phone 412–341–4323 <br><br> Email: pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/14/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 19, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.      Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/18/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/23/21**<br><br>**Filing deadline: 7/31/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20402-GLT
Dawna E. Mozes     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3
Date Rcvd: Oct 14, 2021     Form ID: 309B     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawna E. Mozes, 6714 Highland Avenue, Finleyville, PA 15332-1006 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | | S. James Wallace, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15193713 | + | Colaizzi Pedorthic Center, 617 Forest Avenue, Pittsburgh, PA 15202-3112 |
| 15193718 | + | KML Law Group PC, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15193717 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15193719 | + | Lakevie Loan Servicing LLC, 4425 Ponce de Leon Boulevard, MS-251, Miami, FL 33146-1873 |
| 15229747 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15193721 | + | PA Department of Revenue, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 15193723 | | Peoples Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15212703 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15231430 | + | Ringgold School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15193725 | + | Stern & Eisenberg PC, ATTN: Brian LaManna Esq., 1581 Main Street Suite 200, Warrington, PA 18976-3403 |
| 15231433 | + | Township of Union, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15220235 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15199186 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |
| 15193726 | + | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15193727 | + | Western Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: criegerlaw@gmail.com | Oct 14 2021 23:07:00 | Christian M Rieger, Law Office of Christian M. Rieger, 2403 Sidney Street, Suite 214, Pittsburgh, PA 15203 |
| tr | + EDI: QPJWILSON.COM | Oct 15 2021 03:08:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | EDI: PENNDEPTREV | Oct 15 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2021 23:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 14 2021 23:07:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Oct 14 2021 23:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15199165 | + EDI: LCIFULLSRV | Oct 15 2021 03:08:00 | COMCAST, PO BOX 1931, Burlingame, CA |

Case 20-20402-GLT    Doc 50    Filed 10/16/21    Entered 10/17/21 00:34:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: 309B | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 15193714 | + | EDI: COMCASTCBLCENT | Oct 15 2021 03:08:00 | Comcast Xfinity, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15193715 | + | EDI: WFNNB.COM | Oct 15 2021 03:08:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15193716 | | EDI: IRS.COM | Oct 15 2021 03:08:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15193720 | | Email/Text: camanagement@mtb.com | Oct 14 2021 23:07:00 | M&T Bank, Attn: Bankruptcy, P.O. Box 900, Millsboro, DE 19966 |
| 15229031 | | Email/Text: perituspendrick@peritusservices.com | Oct 14 2021 23:07:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15193724 | | Email/Text: info@phoenixfinancialsvcs.com | Oct 14 2021 23:07:00 | Phoenix Financial, P.O. Box 361450, Indianapolis, IN 46236 |
| 15193722 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 14 2021 23:07:00 | Pennsylvania American Water, PO Box 578, Alton IL 62002-0578 |
| 15203311 | | EDI: PENNDEPTREV | Oct 15 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15203311 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2021 23:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15227156 | | EDI: Q3G.COM | Oct 15 2021 03:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| 15220234 | | UPMC Health Services |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Oct 14, 2021 | Form ID: 309B | Total Noticed: 35 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Debtor Dawna E. Mozes criegerlaw@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 7