IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Dawna E Mozes**<br><br>Debtor<br><br>**Dawna E Mozes**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **20-20402**<br><br>Chapter **7**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Christian M. Rieger**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

PA Dept. of Human Services, P.O. Box 8052, Harrisburg, PA 17105

Credit Management Co,, Foster Plaza Bldg. 7, 661 Anderson Drive Suite 110, Pittsburgh, PA 15220

Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264

By: **/s/ Christian M. Rieger**
Signature
**Christian M. Rieger**
Typed Name
**2403 Sidney Street**
**Suite 214**
**Pittsburgh, PA 15203**
Address
**(412) 381-8809 Fax:(412) 381-4594**
Phone No.
**307037 PA**
List Bar I.D. and State of Admission