IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

1In Re: : Bankruptcy No. 20-20402-GLT
    DAWNA E. MOZES,
:
        Debtor : 
_____ Chapter 7
DAWNA E. MOZES,
        :
        Movant
                      :
    v. : :
                      :
No Respondent :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:
Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims –secured amounts adjusted only
        Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
           ___x__ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
        Check one:
           _____ Creditor(s) added
           _____ NO creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

PAWB Local Form 6  (07/13)                                                                                                 Page 1 of

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: all parties on the creditor matrix, which is hereto attached.

Date: _10/27/2021_____                          _/s/ Christian M. Rieger___
                                                                                          Christian M. Rieger, Esquire
                                                                                         PA: 307037
                                                                                         2403 Sidney Street
                                                                                        Suite 214
                                                                                        Pittsburgh, PA 15203
                                                                                        (412) 381-8809
                                                                                        (412) 381-4594 (fax)
                                                                                        criegerlaw@gmail.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

```
Label Matrix for local noticing          Duquesne Light Company                    Pennsylvania Department of Revenue
0315-2                                   c/o Bernstein-Burkley, P.C.               Bankruptcy Division
Case 20-20402-GLT                        707 Grant Street, Suite 2200, Gulf Tower  P.O. Box 280946
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945                 Harrisburg, PA 17128-0946
Pittsburgh
Wed Oct 27 11:23:49 EDT 2021

Pennsylvania Dept. of Revenue            Peoples Natural Gas Company LLC           2
Department 280946                        c/o S. James Wallace, P.C.                U.S. Bankruptcy Court
P.O. Box 280946                          845 N. Lincoln Ave.                       5414 U.S. Steel Tower
ATTN: BANKRUPTCY DIVISION                Pittsburgh, PA 15233-1828                 600 Grant Street
Harrisburg, PA 17128-0946                                                          Pittsburgh, PA 15219-2703

Allegheny Health Network                 COMCAST                                   Colaizzi Pedorthic Center
P.O. Box 645266                          PO BOX 1931                               617 Forest Avenue
Pittsburgh, PA 15264-5250                Burlingame, CA 94011-1931                 Pittsburgh, PA 15202-3112


Comcast Xfinity                          Comenity Bank                             Credit Management Company
676 Island Pond Road                     P.O. Box 182789                           Foster Plaza Bldg. 7
Manchester, NH 03109-4840                Columbus, OH 43218-2789                   661 Anderson Drive Suite 110
                                                                                   Pittsburgh, PA 15220-2700


(p)INTERNAL REVENUE SERVICE              KML Law Group PC                          Keystone Collections Group
CENTRALIZED INSOLVENCY OPERATIONS        BNY Mellon Independence Center            P.O. Box 499
PO BOX 7346                              Suite 5000                                Irwin, PA 15642-0499
PHILADELPHIA PA 19101-7346               701 Market Street
                                         Philadelphia, PA 19106-1541


Lakevie Loan Servicing LLC               Lakeview Loan Servicing, LLC              (p)M&T BANK
4425 Ponce de Leon Boulevard             PO Box 840                                LEGAL DOCUMENT PROCESSING
MS-251                                   Buffalo, NY 14240-0840                    626 COMMERCE DRIVE
Miami, FL 33146-1873                                                               AMHERST NY 14228-2307


Office of the United States Trustee      PA Department of Human Services           PA Department of Revenue
Liberty Center.                          P.O. Box 8052                             P.O. Box 280432
1001 Liberty Avenue, Suite 970           Harrisburg, PA 17105-8052                 Harrisburg, PA 17128-0432
Pittsburgh, PA 15222-3721


(p)PERITUS PORTFOLIO SERVICES II  LLC    Pennsylvania American Water               Peoples Gas
PO BOX 141419                            PO Box 578                                P.O. Box 644760
IRVING TX 75014-1419                     Alton IL 62002-0578                       Pittsburgh, PA 15264-4760


Peoples Natural Gas Company LLC          (p)PHOENIX FINANCIAL SERVICES LLC         Quantum3 Group LLC as agent for
c/o S. James Wallace, P.C.               PO BOX 361450                             Comenity Bank
845 North Lincoln Avenue                 INDIANAPOLIS IN 46236-1450                PO Box 788
Pittsburgh, PA 15233-1828                                                          Kirkland, WA  98083-0788


Ringgold School District                 Stern & Eisenberg PC                      Township of Union
c/o Keystone Collections Group           ATTN: Brian LaManna Esq.                  c/o Keystone Collections Group
546 Wendel Road                          1581 Main Street Suite 200                546 Wendel Road
Irwin, PA 15642-7539                     Warrington, PA 18976-3403                 Irwin, PA 15642-7539
```

| | | |
|---|---|---|
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO BOX 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>P.O. Box 10709<br>Raleigh, NC 27605-0709 |
| Western Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Christian M Rieger<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203-2168 | Dawna E. Mozes<br>6714 Highland Avenue<br>Finleyville, PA 15332-1006 |
| Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234-1222 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222 | M&T Bank<br>Attn: Bankruptcy<br>P.O. Box 900<br>Millsboro, DE 19966 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |
| Phoenix Financial<br>P.O. Box 361450<br>Indianapolis, IN 46236 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LakeView Loan Servicing, LLC | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (u)UPMC Health Services |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39

**Fill in this information to identify your case:**

Debtor 1: **Dawna E Mozes**
First Name   Middle Name   Last Name

Debtor 2:
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number: **20-20402**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | 9436 | $3,148.00 | $3,148.00 | $0.00 |

Priority Creditor's Name
**1000 Liberty Avenue**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

When was the debt incurred?   **4/2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Federal income tax obligation: 2017-2018 tax years**

---

| Debtor 1 | Dawna E Mozes | Case number (if known) | 20-20402 |
|---|---|---|---|

| 2.2 | PA Department of Revenue | Last 4 digits of account number 9436 | $1,151.00 | $1,151.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 280432**
**Harrisburg, PA 17128**
Number Street City State Zip Code

**When was the debt incurred?** 4/2019

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**State EIT obligation - 2018 tax years**

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Allegheny Clinic Radiology | Last 4 digits of account number 5591 | $62.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1198**
**Somerset, PA 15501**
Number Street City State Zip Code

**When was the debt incurred?** 8/2021

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Premium**

---

| Debtor 1 | **Dawna E Mozes** | Case number (if known) | **20-20402** |
|---|---|---|---|

| 4.2 | **Allegheny Health Network** | Last 4 digits of account number **4335** | **$56,551.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 645266**
**Pittsburgh, PA 15264**
Number Street City State Zip Code

When was the debt incurred? **9/2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical services**

---

| 4.3 | **Colaizzi Pedorthic Center** | Last 4 digits of account number **xxxx** | **$650.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**617 Forest Avenue**
**Pittsburgh, PA 15202**
Number Street City State Zip Code

When was the debt incurred? **1/2019**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical services**

---

| 4.4 | **Comcast Xfinity** | Last 4 digits of account number **4257** | **$448.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**676 Island Pond Road**
**Manchester, NH 03109**
Number Street City State Zip Code

When was the debt incurred? **2/2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Utilities**

Debtor 1  **Dawna E Mozes**  Case number (if known)  **20-20402**

---

| 4.5 | **Comenity Bank** | Last 4 digits of account number | **3434** | $1,099.00 |

Nonpriority Creditor's Name
**P.O. Box 182789**
**Columbus, OH 43218**

When was the debt incurred?  **12/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

---

| 4.6 | **Credit Management Company** | Last 4 digits of account number | **5294** | $210.00 |

Nonpriority Creditor's Name
**Foster Plaza Bldg 7**
**661 Anderson Drive Suite 110**
**Pittsburgh, PA 15220**

When was the debt incurred?  **8/2021**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical bill**

---

| 4.7 | **Keystone Collections Group** | Last 4 digits of account number | **9436** | $618.00 |

Nonpriority Creditor's Name
**P.O. Box 499**
**Irwin, PA 15642**

When was the debt incurred?  **4/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Local earned income taxx obligation**

---

Debtor 1   **Dawna E Mozes**                                                  Case number (if known)   **20-20402**

| 4.8 | **PA Department of Human Services** | Last 4 digits of account number | **8622** | $1,540.00 |

Nonpriority Creditor's Name
**P.O. Box 8052**
**Medical Assistance**
**Harrisburg, PA 17105**

When was the debt incurred?   **8/2021**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Premium**

---

| 4.9 | **Pa Municipal Service CO.** | Last 4 digits of account number | **xxxx** | $787.00 |

Nonpriority Creditor's Name
**336 Delaware Avenue Dept. W-46**
**Oakmont, PA 15139**

When was the debt incurred?   **4/2009**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **EIT obligations**

---

| 4.10 | **Pennsylvania American Water** | Last 4 digits of account number | **1402** | $437.00 |

Nonpriority Creditor's Name
**P.O. Box 371412**
**Pittsburgh, PA 15250**

When was the debt incurred?   **1/2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Utilities**

---

| Debtor 1 | **Dawna E Mozes** | Case number (if known) | **20-20402** |
|---|---|---|---|

| 4.1.1 | **Pennsylvania American Water** | Last 4 digits of account number | **7301** | **$876.00** |

Nonpriority Creditor's Name
**P.O. Box 371412**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

When was the debt incurred? **8/2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Utilities**

| 4.1.2 | **Peoples Gas** | Last 4 digits of account number | **3262** | **$993.00** |

Nonpriority Creditor's Name
**P.O. Box 644760**
**Pittsburgh, PA 15264-4760**
Number Street City State Zip Code

When was the debt incurred? **1/2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Utilities**

| 4.1.3 | **Peoples Gas** | Last 4 digits of account number | **8157** | **$1,075.00** |

Nonpriority Creditor's Name
**P.O. Box 644760**
**Pittsburgh, PA 15264-4760**
Number Street City State Zip Code

When was the debt incurred? **8/2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Utilities**

Debtor 1  **Dawna E Mozes**                                          Case number (if known)  **20-20402**

| 4.14 | **Phoenix Financial** | Last 4 digits of account number | **xxxx** | $1,080.00 |

Nonpriority Creditor's Name

**P.O. Box 361450**
**Indianapolis, IN 46236**
Number Street City State Zip Code

When was the debt incurred?  **9/2019**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical services**

---

| 4.15 | **Western Penn Power** | Last 4 digits of account number | **3508** | $277.00 |

Nonpriority Creditor's Name

**P.O. Box 3687**
**Akron, OH 44309**
Number Street City State Zip Code

When was the debt incurred?  **1/2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Utilities**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 4,299.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,299.00 |

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |

| Debtor 1 | Dawna E Mozes | Case number (if known) | 20-20402 |
|---|---|---|---|

| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **66,703.00** |
|---|---|---|---|---|---|
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **66,703.00** |