## United States Bankruptcy Court
### Western District of Pennsylvania

In re **Dawna E Mozes**                                       Case No. **20-20402-GLT**
                              Debtor(s)                       Chapter **7**

# RULE 1019 SCHEDULE OF POST PETITION DEBTS AND ASSETS

**ASSETS ACQUIRED POST-PETITION**: NONE

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| PA American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250 | Utilities | $876.00 |
| Allegheny Clinic Radiology<br>P.O. Box 1198<br>Somerset, PA 15501 | Medical collections | $62.00 |
| Peoples Gas Co.<br>P.O. Box 644760<br>Pittsburgh, PA 15264 | Utilities | $1,075.00 |
| PA Dept. of Human Services<br>P.O. Box 8052<br>Harrisburg, PA 17105 | Premium | $1,540.00 |
| Credit Management Co.<br>Foster Plaza Bldg 7<br>661 Anderson Drive Suite 110<br>Pittsburgh, PA 15220 | Medical collections | $210.00 |
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5266 | Medical bill | $56.551.00 |
| PA Municipal Collections<br>336 Delaware Avenue W-46
Oakmont, PA 15139 | Local EIT | $787.00 |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date **October 27, 2021**                Signature  **/s/ Dawna E Mozes**
                                                    **Dawna E Mozes**
                                                    Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.