**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAWNA E. MOZES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20402 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/02/2020 and confirmed on 03/05/2020. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,076.50 |
| Less Refunds to Debtor | 3,215.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,861.30 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,483.71 | |
|    Trustee Fee | 1,924.35 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,408.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 7218 | 0.00 | 22,971.99 | 0.00 | 22,971.99 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 7218 | 20,506.67 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 3015 | 6,619.69 | 1,994.83 | 486.42 | 2,481.25 |
| | | | | 25,453.24 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAWNA E. MOZES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAWNA E. MOZES<br>Acct: | 3,215.20 | 3,215.20 | 0.00 | 0.00 |
| CHRISTIAN M RIEGER ESQ**<br>Acct: | 3,500.00 | 3,483.71 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9436 | 7,075.33 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 1,089.41 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| RINGGOLD SD (UNION TWP) (EIT) | 213.20 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| UNION TOWNSHIP (EIT) | 213.19 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| COLIAZZI PEDORTHIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 212.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4257 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,099.34 | 0.00 | 0.00 | 0.00 |
| Acct: 3434 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW K | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN  | 224.46 | 0.00 | 0.00 | 0.00 |
| Acct: 1402 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,086.74 | 0.00 | 0.00 | 0.00 |
| Acct: 3262 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 1,014.60 | 0.00 | 0.00 | 0.00 |
| Acct: 8318 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3508 | | | | |
| INTERNAL REVENUE SERVICE* | 388.97 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| PA DEPARTMENT OF REVENUE* | 69.13 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| UPMC HEALTH SERVICES | 496.62 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| RINGGOLD SD (UNION TWP) (EIT) | 308.83 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| UNION TOWNSHIP (EIT) | 308.83 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                25,453.24

TOTAL CLAIMED
PRIORITY         8,591.13
SECURED         27,126.36
UNSECURED        5,210.05

Date: 10/28/2021                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com