# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dawna E. Mozes aka Dawna E Zajac**<br>                    **Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>                    **Movant**<br>         vs.<br><br>**Dawna E. Mozes aka Dawna E Zajac**<br>                    **Debtor(s)**<br><br>**Pamela J. Wilson**,<br>**Trustee** | **BK NO. 20-20402 GLT**<br><br>**Chapter 7**<br><br>**Related to Document Number 69** |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief From Automatic Stay

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 21, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dawna E. Mozes aka Dawna E Zajac
6714 Highland Avenue
Finleyville, PA 15332

Attorney for Debtor(s)
Christian M. Rieger
Law Office of Christian M. Rieger
2403 Sidney Street, Suite 214
Pittsburgh, PA 15203

Trustee
Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234

Method of Service: electronic means or first class mail

Dated: December 21, 2021

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com