Certificate Number: 15111-PAW-DE-036245675

Bankruptcy Case Number: 20-20402



15111-PAW-DE-036245675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2022</u>, at <u>1:45</u> o'clock <u>PM EST</u>, <u>Dawna Elaine Mozes</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   January 6, 2022     By:   /s/Hasan Bilal for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education