<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Dawna E. Mozes | Social Security number or ITIN   xxx–xx–9436 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–20402–GLT

## Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dawna E. Mozes
aka Dawna E Zajac

1/19/22

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 20-20402-GLT

Dawna E. Mozes                                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: admin                                    Page 1 of 3

Date Rcvd: Jan 19, 2022                          Form ID: 318                          Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawna E. Mozes, 6714 Highland Avenue, Finleyville, PA 15332-1006 |
| 15426298 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15193713 | + | Colaizzi Pedorthic Center, 617 Forest Avenue, Pittsburgh, PA 15202-3112 |
| 15193718 | + | KML Law Group PC, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15193717 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15193719 | + | Lakevie Loan Servicing LLC, 4425 Ponce de Leon Boulevard, MS-251, Miami, FL 33146-1873 |
| 15229747 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15426296 | | PA Department of Human Services, P.O. Box 8052, Harrisburg, PA 17105-8052 |
| 15193721 | + | PA Department of Revenue, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 15193723 | | Peoples Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15231430 | + | Ringgold School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15193725 | + | Stern & Eisenberg PC, ATTN: Brian LaManna Esq., 1581 Main Street Suite 200, Warrington, PA 18976-3403 |
| 15231433 | + | Township of Union, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15220235 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15199186 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |
| 15193726 | + | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15193727 | + | Western Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 20 2022 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 19 2022 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 19 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15199165 | + | EDI: LCIFULLSRV | Jan 20 2022 04:38:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15193714 | + | EDI: COMCASTCBLCENT | Jan 20 2022 04:38:00 | Comcast Xfinity, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15193715 | + | EDI: WFNNB.COM | Jan 20 2022 04:38:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15426297 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 19 2022 23:36:00 | Credit Management Company, Foster Plaza Bldg. 7, 661 Anderson Drive Suite 110, Pittsburgh, PA |

District/off: 0315-2        User: admin        Page 2 of 3

Date Rcvd: Jan 19, 2022        Form ID: 318        Total Noticed: 32

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 15220-2700 |
| 15193716 | EDI: IRS.COM | Jan 20 2022 04:38:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15193720 | Email/Text: camanagement@mtb.com | Jan 19 2022 23:36:00 | M&T Bank, Attn: Bankruptcy, P.O. Box 900, Millsboro, DE 19966 |
| 15229031 | Email/Text: perituspendrick@peritusservices.com | Jan 19 2022 23:36:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15193724 | Email/Text: info@phoenixfinancialsvcs.com | Jan 19 2022 23:36:00 | Phoenix Financial, P.O. Box 361450, Indianapolis, IN 46236 |
| 15193722 | + Email/Text: csc.bankruptcy@amwater.com | Jan 19 2022 23:37:00 | Pennsylvania American Water, PO Box 578, Alton IL 62002-0578 |
| 15203311 | EDI: PENNDEPTREV | Jan 20 2022 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15203311 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15212703 | + Email/Text: ebnpeoples@grblaw.com | Jan 19 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15227156 | EDI: Q3G.COM | Jan 20 2022 04:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| 15220234 | | UPMC Health Services |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-2                         User: admin                                    Page 3 of 3
Date Rcvd: Jan 19, 2022                   Form ID: 318                                 Total Noticed: 32

        on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com

Christian M Rieger

        on behalf of Debtor Dawna E. Mozes criegerlaw@gmail.com

Denise Carlon

        on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck

        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich

        on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

        pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8